J-A11031-21

| | | |
|---|---|---|
| DISCOVER BANK | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| ROGINA BOOKER | : | |
| | : | |
| Appellant | : | No. 772 WDA 2020 |

Appeal from the Judgment Entered August 12, 2020
In the Court of Common Pleas of Fayette County Civil Division at No(s):
1327 of 2018 G.D.

BEFORE:  McLAUGHLIN, J., KING, J., and McCAFFERY, J.

ORDER

AND NOW, this 25th day of June, 2021, we hereby GRANT Appellee

Discover Bank's Application for Publication of Memorandum Decision.  The

memorandum filed on June 21, 2021, is hereby withdrawn.

PER CURIAM